IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALICIA JASMIN GONZALEZ MALDONADO, *et al.* | § § § | |
| *Plaintiffs,* | § § | 5-20-CV-00640-DAE |
| vs. | § § | |
| STANDARD AERO (SAN ANTONIO) INC, STANDARD AERO REDESIGN SERVICES, INC., | § § § § | |
| *Defendants.* | § § | |

**ORDER SETTING MOTION HEARING**

Before the Court is the Motion to Extend Scheduling Deadlines filed by Plaintiffs. *See* Dkt. No. 52. On December 5, 2023, the District Court referred this motion for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS ORDERED** that this motion is set for a hearing on **December 8, 2023**, at **2:00 p.m.** The hearing will be held by video conference using the Zoom video platform. The Court will send, by separate communication, instructions for participating in the video conference. The parties should be prepared to discuss the motion as well as their efforts to resolve the dispute that gave rise to it.

**IT IS SO ORDERED.**

SIGNED this 5th day of December, 2023.

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**